**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS KELLEY, | No. C 07-2455 SI |
| Plaintiff, | **ORDER REFERRING CASE FOR REVIEW PURSUANT TO CIVIL LOCAL RULE 3-12(c)** |
| v. | |
| RAMBUS, INC., et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the Court refers this case to the judge assigned to *Kelley v. Rambus, et al.*, No. C 07-1238 RMW, for determination whether the cases are related. This Clerk shall send this order to all parties in both cases, and, pursuant to Civil Local Rule 3-12(c), the parties must file any responses in opposition to or in support of relating the cases pursuant to Civil Local Rule 3-12(d).

**IT IS SO ORDERED.**

Dated: May 14, 2007

SUSAN ILLSTON
United States District Judge