**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**CASE NUMBER:  CV 07-02455 SI**

**CASE TITLE:  DOUGLAS KELLEY-v-RAMBUS, INC. ET AL**

**REASSIGNMENT ORDER**

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Honorable Jeremy Fogel** pursuant to Related Case Order dated 5/30/2007.

___  San Francisco Division

___  Oakland Division

_X_  San Jose Division for all further proceedings .

Please use the case number of : **5:07CV02455**JF on all future filings

ALL MATTERS OTHER THAN TRIAL DATES PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Dated:   5/31/2007

COMMITTEE:

FOR THE EXECUTIVE

*Richard W. Wieking*
Clerk

NEW CASE FILE CLERK:     5/31/2007
Copies to:
Courtroom Deputies          5/31/2007

Log Book Noted              5/31/2007

Special Projects
Entered in Computer     5/31/2007

CASE SYSTEMS ADMINISTRATOR:
Copies to:      All Counsel     5/31/2007
Transferor CSA                  5/31/2007 bjw