1 BORIS FELDMAN, State Bar No. 128838
DOUGLAS J. CLARK, State Bar No. 171499
2 IGNACIO SALCEDA, State Bar No. 164017
BETTY CHANG ROWE, State Bar No. 214068
3 WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
4 650 Page Mill Road
Palo Alto, CA 94304-1050
5 Telephone: (650) 493-9300
Facsimile: (650) 565-5100
6
Attorneys for Defendants
7 Rambus Inc., Harold Hughes, P. Michael
Farmwald, Mark Horowitz, Kevin Kennedy,
8 Thomas Bentley, Abraham Sofaer, Laura S.
Stark, Michael Schroeder, Samir A. Patel,
9 Sharon E. Holt, Kevin S. Donnelly
and Subodh Toprani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DOUGLAS B. KELLEY, | CASE NO.: C-07-02455 JF |
|---|---|
| Plaintiff, | **RAMBUS DEFENDANTS' STATEMENT IN RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSOLIDATE CASE NO. 5:07CV02455JF WITH RELATED CASE NO. 07-1238 JF** |
| v. | |
| RAMBUS, INC., PRICEWATERHOUSE COOPERS, LLP, WILSON SONSINI GOODRICH & ROSATI, LLP, HAROLD HUGHES, GEOFFREY TATE, DAVID MOORING, MARK HOROWITZ, PAUL MICHAEL FARMWALD, BRUCE S. DUNLEVIE, EDWARD H. LARSEN, WILLIAM DAVIDOW, ROBERT EULAU, JOHN DANFORTH, KEVIN KENNEDY, CHARLES GESCHKE, THOMAS BENTLEY, MICHAEL SCHROEDER, SHARON HOLT, KEVIN DONNELLY, LAURA STARK, ABRAHAM SOFAER, SUBODH TOPRANI, SAMIR PATEL, DOES (1-10) | |
| Defendants. | |

Defendants Rambus Inc., Harold Hughes, P. Michael Farmwald, Mark Horowitz, Kevin Kennedy, Thomas Bentley, Abraham Sofaer, Laura Stark, Michael Schroeder, Samir Patel, Sharon Holt, Kevin Donnelly and Subodh Toprani (collectively, the "Rambus Defendants") hereby respond to Plaintiff's Administrative Motion to Consolidate Case No. 5:07CV02455JF With Related Case No. 07 1238 JF as follows:

The Court has already related the instant action ("*Douglas Kelley*") with Case No. 07-1238 JF ("*James Kelley*"), and both actions are before this Court. *See* Related Case Order, dated May 30, 2007. While the Rambus Defendants do not oppose consolidation of these cases as such, they believe it appropriate to raise two issues for the Court's consideration:

First, in the event that the Court were to consolidate the cases, there is the possibility that one plaintiff would end up acting on behalf of another plaintiff. Because plaintiffs in both cases are *pro se*, consolidation of these actions would create an even greater risk of unauthorized practice of law in these matters.

Second, if the Court were to consolidate the cases, it should not allow the filing of a consolidated complaint until after the disposition of the motions to dismiss the Third Amended Complaint in *James Kelley* and any motions to dismiss the First Amended Complaint to be filed in *Douglas Kelley*, if the Court grants such motions with leave to amend. The hearing on the motions to dismiss *James Kelley* is currently set for September 7, 2007, and the Rambus Defendants intend to file their motion to dismiss *Douglas Kelley* in the near future. Plaintiffs in *James Kelley* have already filed an initial complaint and three subsequent amendments and the Court has ordered that they not file any further complaints without leave of Court. Mr. Douglas Kelley has already filed the one amended complaint permitted without leave of Court or defendants' consent under Federal Rule of Civil Procedure 15(a) and, therefore, cannot file any further amendments without leave of Court.

| | | |
|---|---|---|
| 1 | Dated: June 21, 2007 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Ignacio E. Salceda<br>　　　Ignacio E. Salceda |
| 5 | | Attorneys for Defendants Rambus Inc., Harold Hughes, P. Michael Farmwald, Mark Horowitz, Kevin Kennedy, Thomas Bentley, Abraham Sofaer, Laura S. Stark, Michael Schroeder, Samir A. Patel, Sharon E. Holt, Kevin S. Donnelly and Subodh Toprani |

(Lines 6–28 blank)