1  BORIS FELDMAN, State Bar No. 128838
   DOUGLAS J. CLARK, State Bar No. 171499
2  IGNACIO SALCEDA, State Bar No. 164017
   BETTY CHANG ROWE, State Bar No. 214068
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
6
   Attorneys for Defendants
7  Rambus Inc., Harold Hughes, P. Michael
   Farmwald, Mark Horowitz, Kevin Kennedy,
8  Thomas Bentley, Abraham Sofaer, Laura S.
   Stark, Michael Schroeder, Samir A. Patel,
9  Sharon E. Holt, Kevin S. Donnelly
   and Subodh Toprani
10

11                          UNITED STATES DISTRICT COURT

12                          NORTHERN DISTRICT OF CALIFORNIA

13
    DOUGLAS B. KELLEY,                          )   CASE NO.: C-07-02455 JF
14                                               )
              Plaintiff,                         )   **CERTIFICATE OF SERVICE**
15                                               )
       v.                                        )
16                                               )
    RAMBUS, INC., PRICEWATERHOUSE                )
17  COOPERS, LLP, WILSON SONSINI                 )
    GOODRICH & ROSATI, LLP, HAROLD               )
18  HUGHES, GEOFFREY TATE, DAVID                 )
    MOORING, MARK HOROWITZ, PAUL                 )
19  MICHAEL FARMWALD, BRUCE S.                   )
    DUNLEVIE, EDWARD H. LARSEN,                  )
20  WILLIAM DAVIDOW, ROBERT EULAU,               )
    JOHN DANFORTH, KEVIN KENNEDY,                )
21  CHARLES GESCHKE, THOMAS BENTLEY,             )
    MICHAEL SCHROEDER, SHARON HOLT,              )
22  KEVIN DONNELLY, LAURA STARK,                 )
    ABRAHAM SOFAER, SUBODH TOPRANI,              )
23  SAMIR PATEL, DOES (1-10)                     )
                                                 )
24            Defendants.                        )
                                                 )
25

26

27

28

CERTIFICATE OF SERVICE                                                         3140654_1.DOC
CASE NO. C-07-02455 JF

1   I, Rosemary Lustan, declare:

2   I am employed in Santa Clara County. I am over the age of 18 years and not a party to
3   the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill
4   Road, Palo Alto, California 94304-1050.

5   I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and
6   processing of correspondence for mailing with the United States Postal Service. In the ordinary
7   course of business, correspondence would be deposited with the United States Postal Service on
8   this date.

9   On this date, I served **RAMBUS DEFENDANTS' STATEMENT IN RESPONSE TO**
10  **PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSOLIDATE CASE NO.**
11  **5:07CV02455JF WITH RELATED CASE NO. 07-1238 JF** on each person listed below, by
12  placing the document(s) described above in an envelope addressed as indicated below, which I
13  sealed. I placed the envelope(s) for collection and mailing with the United States Postal Service
14  on this day, following ordinary business practices at Wilson Sonsini Goodrich & Rosati.

15  Douglas B. Kelley
    1887 Saint Andrews Place
16  San Jose, CA  95132

17  I declare under penalty of perjury under the laws of the State of California that the
18  foregoing is true and correct. Executed at Palo Alto, California on June 21, 2007.

19

20                                              /s/   Rosemary Lustan
                                                      Rosemary Lustan
21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE                          1                                       3140654_1.DOC
CASE NO. C-07-02455 JF

1   I, Ignacio E. Salceda, am the ECF User whose identification and password were used to
2 e-file the Certificate of Service. I attest that I have on file the holograph signature indicated by a
3 "conformed" signature (/s/) within this e-filed document.

5 Dated: June 21, 2007                    WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation

                                          By: /s/ Ignacio E. Salceda
                                                  Ignacio E. Salceda

                                          Attorneys for Defendants Rambus Inc., Harold
                                          Hughes, P. Michael Farmwald, Mark
                                          Horowitz, Kevin Kennedy, Thomas Bentley,
                                          Abraham Sofaer, Laura S. Stark, Michael
                                          Schroeder, Samir A. Patel, Sharon E. Holt,
                                          Kevin S. Donnelly and Subodh Toprani