UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Douglas B. Kelley,

CASE NO. C-07-02455 JF

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Rambus Inc., et al.,

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓   have not yet reached an agreement to an ADR process
    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 9/7/07 at 10:30 a.m.

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| See attached list. | | | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

Dated: 7/13/07

_____
Attorney for Plaintiff

_____
Attorney for Defendant
Rambus

Rev 1.05

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Douglas B. Kelley,

CASE NO. C-07-02455 JF

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Rambus Inc., et al.

Defendant(s).

_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 8/3/07 at 10:30 a.m.

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| See attached list. | | | |
| Douglas Kelley | ProSe | 408-929-2142 | yusfdbk@yahoo.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 7-12-2007

_Douglas B Kelley_
Plaintiff

Dated:_____

_____
Attorney for Defendant

Rev 1.05

# ATTACHMENT

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Douglas B. Kelley<br>1887 Saint Andrews Place<br>San Jose, CA 95132 | *Pro Se* | 408.209.4718 | yusfdbk@yahoo.com |
| Boris Feldman<br>Douglas J. Clark<br>Ignacio E. Salceda<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304 | Rambus Inc., Mark Horowitz, Paul Michael Farmwald, Kevin Kennedy, Thomas Bentley, Michael Schroeder, Sharon Holt, Kevin Donnelly, Laura Stark, Abraham Sofaer, Harold Hughes, Samir Patel, Subodh Toprani | 650.493.9300 | isalceda@wsgr.com |
| Jeffrey S. Facter<br>Justin S. Chang<br>Shearman & Sterling LLP<br>525 Market Street<br>San Francisco, CA 94105 | William H. Davidow, Bruce Dunlevie, Charles Geschke | 415.616.1100 | jchang@shearman.com |
| Darryl P. Rains<br>Stephanie L. Zeller<br>Morrison & Foerster LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304 | John D. Danforth | 650.813.5600 | szeller@mofo.com |
| Daniel Bergeson<br>Donald P. Gagliardi<br>Bergeson, LLP<br>303 Almaden Blvd., Suite 500<br>San Jose, CA 95110-2712 | David Mooring | 408.291.6200 | dgagliardi@be-law.com |
| David Siegel<br>Martin N. Gelfand<br>John C. Hueston<br>Garland Kelley<br>Alexander Karpman<br>Irell and Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067 | Geoff Tate | 310.277.1010 | akarpman@irell.com |

| | | | |
|---|---|---|---|
| Jay L. Pomerantz<br>Felix S. Lee<br>Fenwick & West LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041 | Robert K. Eulau | 650.988.8500 | flee@fenwick.com |
| James H.R. Windels<br>Cheryl T. Viirand<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br><br>Anthony I. Fenwick<br>Jill Zimmerman<br>Davis Polk & Wardwell<br>1600 El Camino Real<br>Menlo Park, CA 94025 | Pricewaterhouse-Coopers LLP | 212.450.4688<br><br>650.752.2000 | james.windels@dpw.com |
| Jonathan R. Bass<br>Lauren S. Kowal<br>Coblentz Patch Duffy & Bass, LLP<br>One Ferry Building, Suite 200<br>San Francisco, CA 94111-4213 | Wilson Sonsini Goodrich & Rosati, LLP | 415.391.4800 | jrb@cpdb.com |
| Steven Kaufhold<br>Akin Gump Strauss Hauer & Feld LLP<br>580 California Street<br>Suite 1500<br>San Francisco, CA 94104-1036 | Ed Larsen | 415.765.9562 | skaufhold@akingump.Com |

NOTICE OF NEED FOR ADR PHONE CONFERENCE        -2-
CASE NO. C-07-02455 JF

1  I, Ignacio E. Salceda, am the ECF User whose identification and password are being used
2  to file the Notice of Need for ADR Phone Conference. I hereby attest that Douglas B. Kelley has
3  concurred in this filing.

5  Dated: July 13, 2007                    WILSON SONSINI GOODRICH & ROSATI,
                                           Professional Corporation

                                           By: /s/ Ignacio E. Salceda
                                               Ignacio E. Salceda

                                           Attorneys for Defendants