1  BORIS FELDMAN, State Bar No. 128838
   DOUGLAS J. CLARK, State Bar No. 171499
2  IGNACIO SALCEDA, State Bar No. 164017
   BETTY CHANG ROWE, State Bar No. 214068
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
6
   Attorneys for Defendants
7  Rambus, Inc., Harold Hughes, P. Michael
   Farmwald, Mark Horowitz, Kevin Kennedy,
8  Thomas Bentley, Abraham Sofaer, Laura S.
   Stark, Michael Schroeder, Samir A. Patel,
9  Sharon E. Holt, Kevin S. Donnelly
   and Subodh Toprani
10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

13
   JAMES M. KELLEY and M. LARSSON,  )  CASE NO.: C-07-01238 JF
14                                   )
            Plaintiffs,              )  **CERTIFICATE OF SERVICE**
15                                   )
       v.                            )  (Consolidated case with C-07-02455 JF)
16                                   )
   RAMBUS, INC., PRICEWATERHOUSE     )
17 COOPERS, LLP, WILSON SONSINI      )
   GOODRICH & ROSATI, LLP, HAROLD    )
18 HUGHES, GEOFFREY TATE, DAVID      )
   MOORING, MARK HOROWITZ, PAUL      )
19 MICHAEL FARMWALD, BRUCE S.        )
   DUNLEVIE, EDWARD H. LARSEN,       )
20 WILLIAM DAVIDOW, ROBERT EULAU,    )
   JOHN DANFORTH, KEVIN KENNEDY,     )
21 CHARLES GESCHKE, THOMAS BENTLEY,  )
   MICHAEL SCHROEDER, SHARON HOLT,   )
22 KEVIN DONNELLY, LAURA STARK,      )
   ABRAHAM SOFAER, SUBODH TOPRANI,   )
23 SAMIR PATEL                       )
                                     )
24          Defendants.              )
                                     )
25
26
27
28

CERTIFICATE OF SERVICE                                    3153301_1.DOC
CASE NO. C-07-01238 JF AND C-07-02455 JF

| | |
|---|---|
| DOUGLAS B. KELLEY,               )<br>                                                 )<br>            Plaintiff,                    )<br>                                                 )<br>       v.                                      )<br>                                                 )<br>RAMBUS, INC., PRICEWATERHOUSE )<br>COOPERS, LLP, WILSON SONSINI  )<br>GOODRICH & ROSATI, LLP, HAROLD )<br>HUGHES, GEOFFREY TATE, DAVID  )<br>MOORING, MARK HOROWITZ, PAUL )<br>MICHAEL FARMWALD, BRUCE S.     )<br>DUNLEVIE, EDWARD H. LARSEN,    )<br>WILLIAM DAVIDOW, ROBERT EULAU,)<br>JOHN DANFORTH, KEVIN KENNEDY, )<br>CHARLES GESCHKE, THOMAS BENTLEY,)<br>MICHAEL SCHROEDER, SHARON HOLT,)<br>KEVIN DONNELLY, LAURA STARK,   )<br>ABRAHAM SOFAER, SUBODH TOPRANI,)<br>SAMIR PATEL, DOES (1-10)              )<br>                                                 )<br>            Defendants.                 )<br>_____)  | CASE NO.:  C-07-02455 JF<br><br>**CERTIFICATE OF SERVICE**<br><br>(Consolidated case with C-07-01238 JF) |

I, Rosemary Lustan, declare:

I am employed in Santa Clara County.  I am over the age of 18 years and not a party to the within action.  My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of correspondence for mailing with the United States Postal Service.  In the ordinary course of business, correspondence would be deposited with the United States Postal Service on this date.

On this date, I served  the **NOTICE OF NEED FOR ADR PHONE CONFERENCE** and **CERTIFICATE OF SERVICE** on each person listed below, by placing the document(s) described above in an envelope addressed as indicated below, which I sealed.  I placed the envelope(s) for collection and mailing with the United States Postal Service on this day, following ordinary business practices at Wilson Sonsini Goodrich & Rosati.

James M. Kelley
Miki W. Larsson
14390 Douglass Lane
Saratoga, CA 95070

Douglas B. Kelley
1887 Saint Andrews Place
San Jose, CA 95132

Steven Kaufhold, Esq.
Akin Gump Strauss Hauer & Feld LLP
580 California Street, Suite 1500
San Francisco, CA 94104-1036

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on July 13, 2007.

/s/ Rosemary Lustan
Rosemary Lustan

I, Ignacio E. Salceda, am the ECF User whose identification and password were used to e-file the Certificate of Service. I attest that I have on file the holograph signature indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: July 13, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Ignacio E. Salceda
Ignacio E. Salceda

Attorneys for Defendants Rambus, Inc., Harold Hughes, P. Michael Farmwald, Mark Horowitz, Kevin Kennedy, Thomas Bentley, Abraham Sofaer, Laura S. Stark, Michael Schroeder, Samir A. Patel, Sharon E. Holt, Kevin S. Donnelly and Subodh Toprani